IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ERICSSON INC., *et al.*,<br><br>                    Defendants. | Civil Action No. 1:22-cv-2317 (CKK) |

**DECLARATION OF SHUMAN SOHRN**
**CERTIFYING FAMILIARITY WITH THIS COURT'S LOCAL RULES**

Pursuant to the direction of this Court, I, Shuman Sohrn, state as follows:

1.      I am familiar with this Court's Local Rules.

2.      I submitted my application for membership to the Bar of this Court on December 7, 2022 and registered for e-filing in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2022                    Respectfully submitted,

                                                                /s/ Shuman Sohrn
                                                                Shuman Sohrn (Fla. Bar No. 669989)
                                                                SPARACINO PLLC
                                                                1920 L Street NW, Suite 835
                                                                Washington, D.C. 20026
                                                                Tel: (202) 871-7291
                                                                shuman.sohrn@sparacinopllc.com