### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

---

MARK SCHMITZ, et al.,

       *Plaintiffs,*

v.

ERICSSON INC., ERICSSON AB,
TELEFONAKTIEBOLAGET LM ERICSSON,
RAFIAH IBRAHIM, and BÖRJE EKHOLM

       *Defendants.*

---

Civil Action No. 1:22-cv-02317 (CKK)

---

### JOINT MOTION TO MODIFY BRIEFING SCHEDULE, ENLARGE PAGE LIMITS, AND FOR LEAVE TO FILE CORRECTED FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 6(b) and 15, Local Civil Rules 7 and 15.1, and the Court's August 11, 2022 Order Establishing Procedures, Plaintiffs and Moving Defendants[1] (the "Parties")[2] respectfully move the Court for an order, a proposed form of which is appended as Exhibit A, granting the following relief:

1. Modifying the briefing schedule and enlarging the page limits for motion to dismiss briefing as set forth below; and

2. Granting leave for Plaintiffs to file the corrected First Amended Complaint for Violation of the Anti-Terrorism Act ("Amended Complaint") appended as Exhibit B.

The initial Complaint was filed on August 5, 2022 and asserted claims on behalf of 516 plaintiffs against two of the current defendants, LM Ericsson and Ericsson Inc. under the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. Dkt. No. 1. In accordance with a briefing schedule

---

[1] "Moving Defendants" are Telefonaktiebolaget LM Ericsson ("LM Ericsson"), Ericsson Inc., Ericsson AB (collectively, the "Ericsson Corporate Defendants") and Börje Ekholm.
[2] The Parties do not include defendant Rafiah Ibrahim, who has not been served or appeared in this matter.

and enlarged page limits agreed by the parties and entered by the Court, LM Ericsson and Ericsson Inc. filed a joint motion to dismiss on November 29, 2022.  Dkt. No. 31.  On December 20, 2022, pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs filed an amended Complaint.  Dkt. No. 38.  By minute order dated December 21, 2022, the Court set a briefing schedule and stated that the previously granted page limits remain in force.

   *Briefing Schedule and Page Limits*.  Moving Defendants respectfully request a moderate extension of the briefing schedule for their anticipated motion to dismiss and an enlargement of the briefing page limits.  Plaintiffs consent to these requests.  The modified schedule and page limits would be as follows:

| Event | Deadline | Page Limit |
|---|---|---|
| Opening brief | Current:  February 18, 2023<br><br>Requested:  March 20, 2023 | Current:  60 pages<br><br>Requested for Ericsson Corporate Defendants' brief:  70 pages<br><br>Requested for Mr. Ekholm's brief:  20 pages |
| Opposition brief | Current:  March 20, 2023<br><br>Requested:  May 19, 2023 | Current:  60 pages<br><br>Requested for opposition brief to Ericsson Corporate Defendants' motion:  70 pages<br><br>Requested for opposition brief to Mr. Ekholm's motion:  20 pages |
| Reply brief | Current:  April 10, 2023<br><br>Requested:  June 20, 2023 | Current:  30 pages<br><br>Requested for Ericsson Corporate Defendants' reply:  35 pages<br><br>Requested for Mr. Ekholm's reply:  10 pages |

No other deadlines are impacted by this briefing schedule.[3]  Moving Defendants' reasons for this request are as follows:

*First*, responding to the Amended Complaint will require substantial time and resources, as well as space for briefing.  The Amended Complaint is nearly 800 pages, and is substantially longer than the 477-page initial Complaint.  The Amended Complaint also asserts six new counts in addition to the single count alleged in the initial Complaint, and each of those new counts alleges a new theory of liability that was not alleged in the initial Complaint.  The Amended Complaint also adds three new defendants and 350 new plaintiffs.  Moving Defendants submit that responding to the new allegations, as well as addressing the newly alleged theories of liability and claims brought by hundreds of new plaintiffs, including doing so on behalf of newly named Defendants, warrants a reasonable extension of the current schedule and a modest enlargement of the page limits as compared to those granted for the motion to dismiss the initial Complaint.  In addition to the joint motion to dismiss to be filed by the Ericsson Corporate Defendants, Mr. Ekholm also requests to file an additional brief of no more than 20 pages (and no more than 10 pages for the reply) to be limited to non-duplicative grounds for dismissal as to the claims against him.  This is substantially fewer pages than the 45 pages (25 pages for reply) permitted to a party under Local Civil Rule 7(e).

*Second*, Moving Defendants submit that the circumstances of this case further warrant the proposed time extension.  Newly named defendant Ericsson AB is a Swedish corporation subject to service through the Hague Service Convention, T.I.A.S. No. 6638, 20 U.S.T. 361 (1965).  To avoid expenditure of judicial and party resources, Ericsson AB has agreed with

---

[3]     Plaintiffs, LM Ericsson, and Ericsson Inc. were granted an extension to the briefing schedule for the motion to dismiss the initial Complaint.  No other extensions have been sought by any party in this litigation.

Plaintiffs to waive service pursuant to Federal Rule of Civil Procedure 4(d)(3) upon entry of the proposed order.  Under Rule 4(d)(3), a defendant, like Ericsson AB, located "outside any judicial district of the United States" "need not serve an answer to the complaint" "until 90 days" after receiving the service waiver request.  In proposing that Ericsson AB respond to the Amended Complaint by March 20, 2023, Moving Defendants are seeking a response period consistent with the service waiver rules applicable to non-U.S. defendants like Ericsson AB.[4]  Mr. Ekholm has also agreed with Plaintiffs to waive service upon entry of the proposed order.  Moving Defendants propose that all Moving Defendants file their opening briefs on the same date, which will ensure that the Ericsson Corporate Defendants can submit a joint brief and avoid unnecessary duplication in Mr. Ekholm's brief.  Further, Moving Defendants request the proposed time extension in light of the fact that the Amended Complaint was filed on December 20, 2022, shortly before the holidays, and that in preparing Moving Defendants' dismissal papers, counsel must coordinate with two non-U.S. parties, LM Ericsson and Ericsson AB, located in Sweden.

*Finally*, courts in this District have set similar schedules and permitted briefing of similar lengths for amended complaints in ATA cases.  *See*, *e.g.*, *Cabrera* v. *Black & Veatch Special Projects Corp.*, No. 19-cv-3833 (D.D.C.), ECF Nos. 82, 90, 91, 101 (motion to dismiss due 97 days after 498-page amended complaint filed; permitting joint 65-page motion to dismiss brief); *Bernhardt* v. *Islamic Republic of Iran*, No. 18-cv-2739 (D.D.C.), ECF Nos. 10, 27 (motion to dismiss due 86 days after 61-page amended complaint filed); Minute Order, *Atchley* v. *Astrazeneca UK Ltd.*, No. 17-cv-02136 (D.D.C. Feb. 2, 2018) (permitting 75-page joint motion to dismiss brief and separate 25-page joint motion to dismiss for personal jurisdiction arguments).

---

[4]     In joining this motion, Moving Defendants do not waive, and expressly preserve, all defenses other than service, including but not limited to, all defenses based upon lack of personal or subject matter jurisdiction and improper venue.

*Leave to File Corrected Amended Complaint.*  Plaintiffs respectfully request leave to file the Amended Complaint appended as Exhibit B, which corrects errors and makes other minor changes.  Plaintiffs have provided a copy of the Amended Complaint, as well as a redline showing the changes, to counsel for Moving Defendants.  Moving Defendants consent to this request.

\*       \*       \*

In light of the above, the Parties respectfully submit that good cause exists for granting the relief requested in this Joint Motion and entering the proposed order appended as Exhibit A.

Dated:  January 18, 2023

Respectfully submitted,

/s/ Ryan R. Sparacino
Ryan R. Sparacino (D.C. Bar No. 493700)
Geoffrey P. Eaton (D.C. Bar No. 473927)
Eli J. Kay-Oliphant (D.C. Bar No. 503235)
Tejinder Singh (D.C. Bar No. 1012396)
Shuman Sohrn (admitted *pro hac vice*)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com
geoff.eaton@sparacinopllc.com
eli.kay-oliphant@sparacinopllc.com
tejinder.singh@sparacinopllc.com
shuman.sohrn@sparacinopllc.com

*Counsel for Plaintiffs*

| | |
|---|---|
| /s/ Laura G. Ferguson | /s/ Robert J. Giuffra, Jr. |
| Laura G. Ferguson (D.C. Bar No. 433648) | Robert J. Giuffra, Jr. (admitted *pro hac vice*) |
| Mark J. Rochon (D.C. Bar No. 376042) | David M.J. Rein (admitted *pro hac vice*) |
| Michael Satin (D.C. Bar No. 480323) | Sharon Cohen Levin (D.C. Bar No. 414165) |
| Dawn Murphy-Johnson (D.C. Bar No. 490232) | (admitted *pro hac vice*) |
| MILLER & CHEVALIER CHARTERED | SULLIVAN & CROMWELL LLP |
| 900 16th Street, N.W. | 125 Broad Street |
| Black Lives Matter Plaza | New York, New York  10004 |
| Washington, D.C.  20006 | Tel.: (212) 558-4000 |
| Tel.:  (202) 626-5800 | giuffrar@sullcrom.com |
| lferguson@milchev.com | reind@sullcrom.com |
| mrochon@milchev.com | levinsc@sullcrom.com |
| msatin@milchev.com | |
| dmurphyjohnson@milchev.com | Judson O. Littleton (D.C. Bar No. 1027310) |
| | SULLIVAN & CROMWELL LLP |
| | 1700 New York Avenue, N.W. |
| | Washington, D.C.  20006-5215 |
| | Tel.:  (202) 956-7000 |
| | littletonj@sullcrom.com |

*Counsel for Telefonaktiebolaget LM Ericsson, Ericsson Inc., Ericsson AB, and Börje Ekholm*

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 5.4(d), I hereby certify that, on January 18, 2023, I caused the foregoing Joint Motion to be electronically filed via the Court's CM/ECF system, which effected service of the document upon all counsel of record.

/s/ Judson O. Littleton
Judson O. Littleton

*Counsel for Telefonaktiebolaget LM Ericsson, Ericsson Inc., Ericsson AB, and Börje Ekholm*