# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM<br><br>    *Defendants*. | Civil Action No. 1:22-cv-02317 (CKK) |

### [PROPOSED] ORDER

Upon consideration of the Joint Motion to Modify Briefing Schedule, Enlarge Page Limits, and for Leave to File Corrected First Amended Complaint (the "Joint Motion") and for the reasons set forth therein, it is, this ___ day of _____, 2023, hereby:

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that the time for Telefonaktiebolaget LM Ericsson, Ericsson Inc., Ericsson AB, and Börje Ekholm ("Moving Defendants") to respond to Plaintiffs' Amended Complaint is hereby extended up to and including **MARCH 20, 2023**. The joint memorandum of points and authorities in support of any motion to dismiss filed by LM Ericsson, Ericsson Inc., and Ericsson AB shall not exceed seventy (70) pages. The memorandum of points and authorities in support of any motion to dismiss filed by Mr. Ekholm shall not exceed twenty (20) pages. Plaintiffs shall file (i) any joint opposition to LM Ericsson, Ericsson Inc., and Ericsson AB's motion to dismiss by **MAY 19, 2023**, which shall not exceed seventy (70) pages, and (ii) any joint opposition to Mr.

Ekholm's motion to dismiss by **MAY 19, 2023**, which shall not exceed twenty (20) pages.  LM Ericsson, Ericsson Inc., and Ericsson AB shall file any joint reply memorandum of points and authorities in support of their motion to dismiss by **JUNE 20, 2023**, which shall not exceed thirty-five (35) pages.  Mr. Ekholm shall file any reply memorandum of points and authorities in support of his motion to dismiss by **JUNE 20, 2023**, which shall not exceed ten (10) pages.

As proposed by Plaintiffs and Moving Defendants in their Joint Motion, Moving Defendants are deemed served with the Amended Complaint.  In consenting to service, Moving Defendants do not waive, and expressly preserve, all defenses other than service, including but not limited to, all defenses based upon lack of personal or subject matter jurisdiction and improper venue; and it is further

**ORDERED** that Plaintiffs' request for leave to file the Amended Complaint, in substantially the form appended as Exhibit B to the Joint Motion, is **GRANTED**.  Plaintiffs shall file the Amended Complaint within two business days of entry of this Order.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court Judge