UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, *et al.*,<br>    Plaintiffs,<br>    v.<br>ERICSSON INC., *et al.*,<br>    Defendants | Civil Action No. 22-2317 (CKK) |

**ORDER**
(January 18, 2023)

Upon consideration of the parties' [39] Joint Motion to Enter Proposed Briefing Schedule, Enlarge Page Limitations, and for Leave to File Corrected First Amended Complaint, and for the reasons set forth therein, it is, this 18th day of January, 2023, hereby:

**ORDERED** that the parties' [39] Joint Motion is **GRANTED**; and it is further

**ORDERED** that the time for Moving Defendants to respond to Plaintiffs' [38] Amended Complaint is hereby extended up to and including **MARCH 20, 2023**. The joint memorandum of points and authorities in support of any motion to dismiss filed by Defendants Telefonaktiebolaget LM Ericsson, Ericsson Inc., and Ericsson AB ("Ericsson Corporate Defendants") shall not exceed seventy (70) pages. The joint memorandum of points and authorities in support of any motion to dismiss filed by Defendant Börje Ekholm shall not exceed twenty (20) pages. Plaintiffs shall file any joint opposition to Defendants' motions to dismiss by **MAY 19, 2023**. Plaintiff's opposition to Ericsson Corporate Defendants' motion shall not exceed seventy (70) pages. Plaintiff's opposition to Börje Ekholm's motion shall not exceed twenty (20) pages. Defendants shall file any joint reply memorandum of points and authorities in support of their motion to dismiss by **JUNE 20, 2023**. Ericsson Corporate Defendants' reply shall not exceed thirty-five (35) pages. Börje Ekholm's reply shall not exceed ten (10) pages.

As proposed by Plaintiffs and Moving Defendants in their [39] Joint Motion, Moving Defendants are deemed served with the Amended Complaint. In consenting to service, Moving Defendants do not waive, and expressly preserve, all defenses other than service, including but not limited to, all defenses based upon lack of personal or subject matter jurisdiction and improper venue; and it is further

**ORDERED** that Plaintiff's request leave to file the Corrected Amended Complaint, included as Exhibit B in their [39] Motion and which "corrects errors and makes other minor changes," as consented to by Defendants, is **GRANTED**. Plaintiffs shall file the Corrected Amended Complaint by **JANUARY 20, 2023**.

**SO ORDERED.**                                    /s/

COLLEEN KOLLAR-KOTELLY
United States District Judge