UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM, <br><br> *Defendants.* | Civil Action No. 1:22-cv-02317 <br> Judge Colleen Kollar-Kotelly |

## MOTION FOR ADMISSION PRO HAC VICE

Upon the attached declaration, Judson O. Littleton hereby moves this Court, pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia, for an order admitting Leslie B. Arffa to the Bar of this Court, *pro hac vice*, for the purpose of representing Ericsson Inc., Ericsson AB, Telefonaktiebolaget LM Ericsson, and Börje Ekholm in the above-captioned action. A proposed order is attached.

Dated: March 20, 2023          Respectfully submitted,

*/s/ Judson O. Littleton*
Judson O. Littleton (D.C. Bar No. 1027310)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006-5215
Tel: (202) 956-7500
littletonj@sullcrom.com

*Counsel for Defendants Ericsson Inc., Ericsson AB, Telefonaktiebolaget LM Ericsson, and Börje Ekholm*