UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al.,<br><br>     *Plaintiffs*,<br><br>v.<br><br>ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM,<br><br>     *Defendants*. | Civil Action No. 1:22-cv-02317<br>Judge Colleen Kollar-Kotelly |

## DECLARATION OF LESLIE B. ARFFA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

In compliance with Rule 83.2(c) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Leslie B. Arffa, state the following in support of the motion for my admission *pro hac vice*:

1. My full name is Leslie B. Arffa.

2. I am a member of the law firm of Sullivan & Cromwell LLP, counsel for the Defendants Ericsson Inc., Ericsson AB, Telefonaktiebolaget LM Ericsson, and Börje Ekholm. My office is located at 1700 New York Avenue N.W., Suite 700, Washington, D.C. 20006-5215. My office phone number is (202) 956-7500.

3. I am a member in good standing of the New York Bar and the District of Columbia Bar.

4. I have not been disciplined by any bar.

5. My application for admission to this Court is currently pending. In the past two years, I have been admitted to practice *pro hac vice* before this Court once.

6.  I engage in the practice of law from an office located in the District of Columbia supervised by members of the D.C. Bar.

Dated: March 20, 2023

Respectfully submitted,

Leslie B. Arffa (DC Bar No. 90000638; NY Bar No. 5706551)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, DC 20006-5215
Tel: (202) 956-7500
arffal@sullcrom.com