UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM,<br><br>      *Defendants*. | Civil Action No. 1:22-cv-02317<br>Judge Colleen Kollar-Kotelly |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declaration of Leslie B. Arffa attached thereto, filed March 20, 2023, it is hereby:

ORDERED that Leslie B. Arffa shall be admitted to the Bar of this Court, *pro hac vice*, for the purpose of representing Defendants Ericsson Inc., Ericsson AB, Telefonaktiebolaget LM Ericsson, and Börje Ekholm in the above-captioned action.

It is SO ORDERED this ___ day of _____, 2023.

                 _____
                 Hon. Colleen Kollar-Kotelly
                 United States District Court Judge