UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>ERICSSON INC., ERICSSON AB,<br>TELEFONAKTIEBOLAGET LM ERICSSON,<br>RAFIAH IBRAHIM, and BÖRJE EKHOLM,<br><br>                      Defendants. | Civil Action No. 1:22-cv-02317<br>Judge Colleen Kollar-Kotelly |

### DECLARATION OF LESLIE B. ARFFA CERTIFYING FAMILIARITY WITH THIS COURT'S LOCAL RULES

Pursuant to the direction of this Court, I, Leslie B. Arffa, declare that I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2023

Respectfully submitted,

/s/ Leslie B. Arffa

Leslie B. Arffa (DC Bar No. 90000638; NY Bar No. 5706551)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, DC 20006-5215
Tel: (202) 956-7500
arffal@sullcrom.com