UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-02317 (CKK) |

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5.1(a)(2), on behalf of Telefonaktiebolaget LM Ericsson, Ericsson AB, Ericsson Inc., and Börje Ekholm ("Defendants"), I hereby certify that on March 21, 2023, Defendants' Notice of As-Applied Constitutional Challenge (Dkt. No. 46) and Defendants' Motion to Dismiss (and all attachments thereto) (Dkt. No. 44) were served by sending via certified mail, return receipt requested, to the Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. The certified mail receipt is attached as Exhibit A.

Dated:  March 21, 2023

                /s/ Judson O. Littleton
                Judson O. Littleton (D.C. Bar No. 1027310)
                SULLIVAN & CROMWELL LLP
                1700 New York Avenue, N.W.
                Washington, D.C.  20006-5215
                Tel.:  (202) 956-700
                littletonj@sullcrom.com

                *Counsel for Telefonaktiebolaget LM Ericsson,*
                *Ericsson AB, Ericsson Inc., and Börje Ekholm*