Exhibit A



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

7019 1640 0002 1337 2035

Certified Mail Fee $4.15

0217
13

$

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)          $ $2.10
☑ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $10.45

Total Postage and Fees $20.05

03/21/2023

Sent To US Attorney General

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW

City, State, ZIP+4® Washington, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions