UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM, <br><br> *Defendants.* | Civil Action No. 1:22-cv-02317 <br> Judge Colleen Kollar-Kotelly |

## DECLARATION OF DAVID N. WHALEN

In response to the Court's Minute Order dated July 10, 2023, and under penalty of perjury, I, David N. Whalen, declare as follows:

1. I submitted my Application for Admission to the Bar of the United States District and Bankruptcy Courts for the District of Columbia on July 7, 2023. My application is currently pending.

2. I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2023

Respectfully submitted,

/s/ David N. Whalen

David N. Whalen (DC Bar No. 90002244)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, DC 20006-5215
Tel: (202) 956-7500
whalend@sullcrom.com