IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK SCHMITZ, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ERICSSON INC., ERICSSON AB, TELEFONAKTIEBOLAGET LM ERICSSON, RAFIAH IBRAHIM, and BÖRJE EKHOLM,<br><br>    *Defendants*. | 1:22-cv-02317 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

## **STATEMENT OF INTEREST OF THE UNITED STATES**

The United States of America, by and through undersigned counsel, respectfully submits this Statement of Interest pursuant to 28 U.S.C. § 517[1] to set forth the interests of the United States (the "Government") as they relate to the above-captioned lawsuit. The Government is not a party to this matter and takes no position on the merits of Plaintiffs' claims. However, the Government received a notice, pursuant to Federal Rule of Civil Procedure 5.1 that Defendants, in their Motion to Dismiss, have challenged constitutionality of 18 U.S.C. § 2333(d) as it applies to alleged conduct that pre-dates the enactment of that provision in the Justice Against Sponsors of Terrorism Act, Pub. L. No. 114-222, § 4, 130 Stat. 852 (Sept. 28, 2016), on the grounds that such application would contravene the Due Process Clause of the Fifth Amendment. *See* Dkts. No. 44, 45.

The Government became aware of the constitutional challenge after Defendants served a notice of constitutional question on the Attorney General of the United States pursuant to Rule 5.1.

---

[1] This statute provides the United States with a statutory right to advise the Court of its interest here. Specifically, Section 517 authorizes the Attorney General to send "any officer of the Department of Justice . . . to attend to the interests of the United States in a suit pending in a court of the United States." 28 U.S.C. § 517.

1

Dkt. 45, *see* Fed. R. Civ. P. 5.1(a). The Court has not yet certified the constitutional challenge. *See* Fed. R. Civ. P. 5.1(b) ("The court must, under 28 U.S.C. § 2403, certify to the appropriate attorney general that a statute has been questioned."). Nonetheless, the Government files this Statement of Interest to respectfully request that the Court decide non-constitutional issues before reaching the constitutional question and, only if the Court finds it necessary to reach and certify the constitutional question, to respectfully request that the Court provide the Government an opportunity to participate at that stage.

The Government has reviewed the parties' arguments on the Motions and notes that Defendants raise several arguments in support of dismissal that do not depend on the constitutionality of 18 U.S.C. § 2333(d) as it applies to alleged conduct that pre-dates the enactment of that provision. It is thus not yet clear whether the Court will need to reach the constitutional question in order to resolve Plaintiff's claims against Defendants. Ordinarily, courts "will not pass upon a constitutional question although properly presented by the record, if there is also present some other ground upon which the case may be disposed of." *Ashwander v. Tenn. Valley Auth.*, 297 U.S. 288, 347 (1936) (Brandeis, J., concurring); *Matal v. Tam*, 582 U.S. 218, 230-31 (2017) (holding that courts "ought not to pass on questions of constitutionality . . . unless such adjudication is unavoidable[.]"); *see also Qassim v. Trump*, 927 F.3d 522, 530 (D.C. Cir. 2019) (recognizing "long-established principles of constitutional avoidance"). The Government therefore declines to intervene at this stage of the litigation but will continue to actively follow developments in this case as it progresses, particularly regarding the constitutional question concerning 18 U.S.C. § 2333(d). If the Court does find it necessary to address the constitutional question, the Government requests a further opportunity to consider whether to provide its views at that time.

Date:  July 14, 2023			Respectfully submitted,

                                                  BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Anna Deffebach*
ANNA DEFFEBACH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-8356
Fax: (202) 993-5182
E-mail: Anna.L.Deffebach@usdoj.gov
D.C. Bar No. 341246

*Counsel for Defendants*